# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES SIMMONS

NO. 2020 KW 0534

**SEPTEMBER 14, 2020**

---

In Re:   James Simmons, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 281,702.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

 **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling denying the motion to correct an illegal sentence, allegedly filed on March 3, 2020, a file-stamped copy of the motion to correct an illegal sentence at issue, the habitual offender bill of information, a transcript or minute entry from the November 26, 2019 proceedings, and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before **November 14, 2020**. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT